427 A.2d 1186

Commonwealth ex rel., Groux v. Groux.

Appeal of Margaret Rago Groux.

 Argued June 26, 1979. Stephen Tolaha, for appellant; Theodore S. Melnychuk, for appellee.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

ROBINSON, P. J., did not participate in the consideration or decision of this case.